# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| PAUL C. HARVEY, BEVERLY N. HARVEY, | ) ) | Civil Case No. 13-cv-02400-JLK |
| | ) | |
| Debtors. | ) ) | |
| | ) | |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, | ) ) ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) ) | |
| | ) | |
| PAUL C. HARVEY, BEVERLY N. HARVEY, | ) ) ) | |
| | ) | |
| Appellees. | ) | |

## ORDER DISMISSING APPEAL

THIS MATTER is before the Court upon the parties' Agreement to Dismiss Appeal, filed on behalf of Appellant and Appellees. The Court has reviewed the file and determined that good cause exists to dismiss the appeal,

IT IS THEREFORE ORDERED the above-entitled appeal is hereby DISMISSED.

Dated this 16th day of September 2013.

BY THE COURT:

*s/John L. Kane*_____
United States District Court Judge